# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAMAMIA PRODUCE, LLC,

    Plaintiff,

v.   Case No: 8:22-cv-974-KKM-SPF

FRESH FLORIDA PRODUCTS,
INC., and TAREQ M. DAMRA,

    Defendants.
_____

## ORDER

MamaMia Produce, LLC, moves (Doc. 14) for default judgment against Fresh Florida Products, Inc., and Tareq Damra. The magistrate judge recommends (Doc. 16) granting the plaintiff's motion, and no party objects to the recommendation.

The magistrate judge's recommendation (Doc. 16) is **ADOPTED**, and the plaintiff's motion (Doc. 14) is **GRANTED**. The clerk must enter final default judgment in favor of the plaintiff and against Fresh Florida Products and Damra, jointly and severally, on counts I, IV, and V of the complaint for $29,308.00 for damages, $2,620.17 for pre-judgment interest, and $6,221.70 for an attorney's fee. The clerk must **CLOSE** this case.

**ORDERED** in Tampa, Florida, on November 1, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE